# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARK A. NIXON, <br><br> Plaintiff, <br><br> vs. <br><br> ALLEGHENY HEALTH NETWORK, *et al.*, <br><br> Defendants. | Civil Action No. 2:23-1805 <br><br> United States District Judge Cathy Bissoon <br><br> United States Magistrate Judge Kezia O. L. Taylor |

## MEMORANDUM ORDER

This case has been referred to United States Magistrate Judge Kezia O. L. Taylor for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Local Rule of Civil Procedure 72.

On March 17, 2025, Judge Taylor issued a Report ("R&R," Doc. 55) recommending that the Court dismiss this case under Federal Rule of Civil Procedure 41(b) for Plaintiff's failure to prosecute. Service of the R&R was made on the parties of record, and no objections were filed.

After a review of the pleadings and documents in the case, together with the R&R, it hereby is **ORDERED** that this action is **DISMISSED WITH PREJUDICE** for failure to prosecute, and the Magistrate Judge's R&R (Doc. 55) is adopted as the Opinion of the District Court.

This action shall be marked CLOSED.

IT IS SO ORDERED.

May 6, 2025

s/Cathy Bissoon
Cathy Bissoon
United States District Judge

cc (via U.S. Mail):

MARK A. NIXON
71885
ALLEGHENY COUNTY JAIL
950 Second Avenue
Pittsburgh, PA 15219
PRO SE